```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    PAUL RAMIREZ-ARANDA
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,     ) CR.S. 11-357-JAM
11                                )
                 Plaintiff,       ) STIPULATION AND [PROPOSED] ORDER
12                                ) TO EXTEND TIME FOR STATUS
         v.                       ) CONFERENCE AND EXCLUDE TIME
13                                )
    PAUL RAMIREZ-ARANDA,          ) DATE:  November 8, 2011
14                                ) Time:  9:30 a.m.
                                  ) Judge: John A. Mendez
15               Defendant.       )
    _____
16
```

17    Defendant PAUL RAMIREZ-ARANDA by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, MICHELE BECKWITH, Assistant United States Attorney, hereby stipulate that the status conference set for October 11, 2011, be rescheduled for a status conference on Tuesday, November 8, 2011, at 9:30 a.m.

    This continuance is being requested because defense counsel requires additional time to review discovery, obtain and review the pre-plea presentence report, discuss the case with the government, and pursue investigation.

    Speedy trial time is to be excluded from the date of this

1

order through the date of the status conference set for November 8, 2011, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv), [reasonable time to prepare] (Local Code T4).

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: October 6, 2011

                                  Respectfully Submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Dennis S. Waks
                                  Supervising Assistant
                                  Federal Defender
                                  Attorney for Defendant
                                  PAUL RAMIREZ-ARANDA

DATED:   October 6, 2011        BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/   Dennis S. Waks for
                                  MICHELE BECKWITH
                                  Assistant U.S. Attorney

**SO ORDERED.**

Dated: October 7, 2011.

                              /s/ John A. Mendez
                        JOHN A. MENDEZ
                        United States District Court Judge